IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Acer, Inc.,<br><br>    *Plaintiff*,<br><br>v.<br><br>Volkswagen, AG and Volkswagen Group of America, Inc.,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-01390 (PTG/IDD) |

**ORDER**

This matter is before the Court on Defendant Volkswagen Group of America, Inc.'s Unopposed Motion for Extension of Time to Respond to the Complaint ("Motion") [Dkt. No. 8]. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. It is further

ORDERED that Defendant Volkswagen Group of America Inc. shall answer or otherwise respond to the Complaint on or before February 7, 2022.

IT IS SO ORDERED.

/s/ Ivan D. Davis
United States Magistrate Judge

Date: December 30, 2021
Alexandria, Virginia