

**Daniel E. Yonan**
Director
202-772-8899
dyonan@sternekessler.com

January 6, 2022

<u>**VIA ECF**</u>

Hon. Patricia Tolliver Giles
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

      Re:    *Acer, Inc. v. Volkswagen, AG and Volkswagen Group of America, Inc.*, Civil Action No.: 21-cv-01390

Dear Judge Giles:

      We write on behalf of Defendant Volkswagen Group of America, Inc. ("VWGoA") regarding Plaintiff Acer, Inc.'s rejected service on Volkswagen AG.

      Although Plaintiff filed an affidavit of service (Dkt. 7) representing that Volkswagen AG has been served via VWGoA's registered agent, Corporation Service Company ("CSC"), CSC actually rejected service. *See* Attachment A. CSC is not a registered agent for Volkswagen AG, and pursuant to VWGoA corporate policy, VWGoA cannot accept service for Volkswagen AG—which is a separate and distinct foreign corporate entity located in Germany.

      Thus, it is our understanding that Volkswagen AG has not yet been served, which must occur via the Hague Convention. Indeed, Plaintiff has filed a revised summons for Volkswagen AG. *See* Dkt. 11. We request that the January 7, 2022 response date be removed from the docket (Dkt. 7).

                                          Respectfully,
                                          STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

                                          Daniel Yonan
                                          Director

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022, a true and correct copy of the foregoing was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

/s/ Daniel E. Yonan

Daniel E. Yonan
VA Bar No. 46019
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C
1100 New York Avenue NW, Suite 600
Washington, DC 20005
(202) 371-2600