# ATTACHMENT A



**null**
**Transmittal Number: 24224397**

# Rejection of Service of Process

**Return to Sender Information:**

James D. Berquist Berquist null
Davidson Berquist Jackson & Gowdey LLP
8300 Greensboro Dr.
Suite 500
McLean, VA 22102

| | |
|---|---|
| **Date:** | 12/20/2021 |
| **Party Served:** | Volkswagen AG |
| **Jurisdiction Served:** | CA |
| **Method Served:** | Personal Service |
| **Title of Action:** | Acer, Inc. vs. Volkswagen, AG |
| **Case/Reference No:** | 1:21-cv-01390 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for one of the reasons listed below:

- **Agent -** According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve or the status of the entity is no longer active.
- **Name -** Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.
- **Resignation -** CSC has resigned as the registered agent for the company being served.

Or the entity served is inactive at the state for one of the reasons listed below:

- **Withdrawn**
- **Surrendered**
- **Merged Out of Existence**
- **Dissolved**
- **Revoked**

It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service of process, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.